HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WATKINS, | ) Case No. C07-02152 JCS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (7) days up through and including Friday, September 14, 2007 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney




Dated: September 6, 2007                /s/
                                        NANCY M. LISEWSKI
                                        Assistant U.S. Attorney




Dated: September 6, 2007                /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        CARL A. WATKINS


IT IS SO ORDERED.


Dated:   Sept. 7, 2007
                                        _____
                                        HON.                        RO
                                        United States Magistrate Judge
```

(Signature stamp: Judge Joseph C. Spero, United States District Court, Northern District of California)

2

STIPULATION AND ORDER